FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 APR -4 PM 2: 30

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

WINNIFRED KOCCOA WHENHALL,       )
                                 )
        Petitioner,              )
                                 )
v.                               )        CASE NO. CV419-040
                                 )
MEG HEAP, District Attorney,     )
SAVANNAH CHATHAM COUNTY POLICE   )
DEPT., and SAVANNAH SHERIFFS     )
DEPARTMENT,                      )
                                 )
        Defendants.              )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's Motion for Release (Doc. 2) and Petition for Writ of Habeas Corpus (Doc. 1) are **DENIED.**[1]

---

[1] The Court pauses to note that some of Petitioner's allegations in her Petition for Writ of Habeas Corpus (Doc. 1) hint at claims for possible civil rights violations. (Id. at 10 (alleging that Petitioner was subject to cruel and unusual punishment).) In her petition, however, Petitioner's only requested relief is that she is either released from confinement in order to prepare for her trial or that her record is expunged. Therefore, it does not appear that Petitioner is actually trying to raise a claim for any alleged civil rights violation that would entitle her to any recovery under 42 U.S.C. § 1983. Accordingly, the Magistrate Judge properly concluded that Petitioner's Petition for Writ

This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this _4th_ day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

of Habeas Corpus (Doc. 1) should be dismissed in its entirety.